# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KATHY JOVETTA GRIGG | § |
| | §   Civil Action No.  4:22-CV-52 |
| v. | §   (Judge Mazzant/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |

### MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Kathy Jovetta Grigg's Motion for Fees Under the Equal Access to Justice Act (Dkt. #17) and the Joint Stipulation for EAJA Fees (Dkt. #19), wherein Plaintiff and the Commissioner stipulate to an award of $7,000.00 in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, finds that Plaintiff's Motion is well taken and should be granted as modified by the Joint Stipulation.  Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #17) is **GRANTED** as amended by the Joint Stipulation.  The Commissioner is directed to pay seven thousand dollars and zero cents ($7,000.00) in attorney's fees under the EAJA.  Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record at his office: Christopher Lawrence Coats, Coats & Todd, PC, P.O. Box 836170, Richardson, TX 75083-6170.  Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.  Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

**IT IS SO ORDERED**.
SIGNED this 2nd day of November, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE